IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CV-111-RLV-DCK

| | |
|---|---|
| EXELA PHARMA SCIENCES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| CORNERSTONE THERAPEUTICS INC., | ) |
| CORNERSTONE BIOPHARMA, INC., AND | ) |
| EKR THERAPEUTICS, LLC, | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 2) filed by Rodrick J. Enns, concerning Jeffrey S. Ward on August 8, 2013. Mr. Jeffrey S. Ward seeks to appear as counsel *pro hac vice* for Plaintiff Exela Pharma Sciences, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 2) is **GRANTED.** Mr. Jeffrey S. Ward is hereby admitted *pro hac vice* to represent Plaintiff Exela Pharma Sciences, LLC.

**SO ORDERED**.

Signed: August 9, 2013

David C. Keesler
United States Magistrate Judge