**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL ACTION NO.  5:13-CV-111-RLV-DCK**

| | | |
|---|---|---|
| **EXELA PHARMA SCIENCES, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **CORNERSTONE THERAPEUTICS INC.,** | ) | |
| **CORNERSTONE BIOPHARMA, INC., AND** | ) | |
| **EKR THERAPEUTICS, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) filed by Rodrick J. Enns, concerning Shane A. Brunner on August 8, 2013.  Mr. Shane A. Brunner seeks to appear as counsel *pro hac vice* for Plaintiff Exela Pharma Sciences, LLC.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) is **GRANTED.**  Mr. Shane A. Brunner is hereby admitted *pro hac vice* to represent Plaintiff Exela Pharma Sciences, LLC.

**SO ORDERED**.

Signed: August 9, 2013

David C. Keesler
United States Magistrate Judge