IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CV-111-RLV-DCK

| | |
|---|---|
| EXELA PHARMA SCIENCES, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CORNERSTONE THERAPEUTICS INC., ) <br> CORNERSTONE BIOPHARMA, INC., AND ) <br> EKR THERAPEUTICS, LLC, ) <br> ) <br> Defendants. ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 18) filed by Melanie Black Dubis, concerning Edgar H. Haug on September 4, 2013. Mr. Edgar H. Haug seeks to appear as counsel *pro hac vice* for Defendants Cornerstone Therapeutics, Inc., Cornerstone BioPharma, Inc. and EKR Therapeutics, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 18) is **GRANTED**. Mr. Edgar H. Haug is hereby admitted *pro hac vice* to represent Defendants Cornerstone Therapeutics, Inc., Cornerstone BioPharma, Inc. and EKR Therapeutics, LLC.

**SO ORDERED**.

Signed: September 5, 2013

David C. Keesler
United States Magistrate Judge