# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### CIVIL ACTION NO. 5:13-CV-111-RLV-DCK

| | | |
|---|---|---|
| EXELA PHARMA SCIENCES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CORNERSTONE THERAPEUTICS INC., | ) | |
| CORNERSTONE BIOPHARMA, INC., AND | ) | |
| EKR THERAPEUTICS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 20) filed by Melanie Black Dubis, concerning Nicholas F. Giove on September 4, 2013. Mr. Nicholas F. Giove seeks to appear as counsel *pro hac vice* for Defendants Cornerstone Therapeutics, Inc., Cornerstone BioPharma, Inc. and EKR Therapeutics, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 20) is **GRANTED.** Mr. Nicholas F. Giove is hereby admitted *pro hac vice* to represent Defendants Cornerstone Therapeutics, Inc., Cornerstone BioPharma, Inc. and EKR Therapeutics, LLC.

**SO ORDERED**.

Signed: September 5, 2013

David C. Keesler
United States Magistrate Judge